■ In the Matter of RONNIE P. and Another, Infants. NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; YVONNE P., Appellant. (Appeal No. 3.) [879 NYS2d 751]—Appeal from an order of the Family Court, Niagara County (John F. Batt, J.), entered October 15, 2007 in a proceeding pursuant to Social Services Law § 384-b. The order, insofar as appealed from, denied respondent's request for post-termination visitation between respondent and Ronnie P.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Ronnie P.* ([appeal No. 1] 63 AD3d 1527 [2009]). Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ.